**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 7, 2023.**



In The

# Fourteenth Court of Appeals

———

### NO. 14-23-00200-CV

———

## IN RE TONY'S BARBECUE AND STEAKHOUSE, INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-55732**

## MEMORANDUM OPINION

On March 27, 2023, relator Tony's Barbecue and Steakhouse, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Fredericka Phillips, presiding judge of the 61st District Court of Harris

County, to vacate the December 16, 2022 partial judgment, award relator attorney fees for contesting real party in interest's motion for judgment notwithstanding the verdict, and enter judgment on the jury's verdict.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.